UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:

OTHELLO DARNELL ADAMS et al.          Bankruptcy Case No. 09-10814

       Debtors,                              Adversary Proceeding No. 11-80433
_____/

JEFF A. MOYER,

       Plaintiff,                              Case No. 1:11-cv-1336

v.                                                       Hon. Janet T. Neff

ELITE FINANCIAL SOLUTIONS, INC.,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed December 20, 2011 by the United States Bankruptcy Judge in this action regarding Plaintiffs' Motion for Entry of a Default Judgment. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1-1) is APPROVED and ADOPTED as the opinion of the court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Jeff A. Moyer, Trustee, and against Defendant Elite Financial Solutions, Inc. in the amount of $1,900.00, together with post-judgment interest at the statutory rate and costs of $250.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated:  January 6, 2012                          /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            UNITED STATES DISTRICT JUDGE